*Frank A. Bailey,* in support of the petition.

*Gary C. Cooper,* in opposition.

Decided April 1, 1996

## STATE OF CONNECTICUT *v.* JOSE ORTIZ

The defendant's petition for certification for appeal from the Appellate Court, 40 Conn. App. 374 (AC 13786), is denied.

*Christopher L. Ulrich,* in support of the petition.

*Frederick W. Fawcett,* assistant state's attorney, in opposition.

Decided April 1, 1996

## VINCENT SHIMKO *v.* FERRO CORPORATION ET AL.

The named defendant's petition for certification for appeal from the Appellate Court, 40 Conn. App. 409 (AC 14746), is denied.

*Kevin M. Blake,* in support of the petition.

*Jules Lang,* in opposition.

Decided April 1, 1996

## SUZANNE M. SEARLES *v.* BOARD OF EDUCATION OF THE TOWN OF WEST HARTFORD

The plaintiff's petition for certification for appeal from the Appellate Court, 40 Conn. App. 902 (AC 14107), is denied.

*Suzanne M. Searles,* pro se, in support of the petition.

*Marjorie S. Wilder*, corporation counsel, in opposition.

Decided April 1, 1996

## SUZANNE M. SEARLES *v.* BOARD OF EDUCATION OF THE TOWN OF WEST HARTFORD

The plaintiff's petition for certification for appeal from the Appellate Court, 40 Conn. App. 901 (AC 13880), is denied.

*Suzanne M. Searles*, pro se, in support of the petition.

*Elizabeth Dee Bailey*, assistant corporation counsel, in opposition.

Decided April 1, 1996

## RIMIKO CAFFE *v.* BENEDICT CAFFE

The plaintiff's petition for certification for appeal from the Appellate Court, 40 Conn. App. 178 (AC 12819), is granted, limited to the following issue:

"Under the circumstances of this dissolution of marriage case, did the Appellate Court properly reverse the judgment of the trial court as to financial matters on the ground that the trial court did not refer to the statutes governing such matters?"

The Supreme Court docket number is SC 15400.

*Barbara L. Cox*, in support of the petition.

*Gary Oberst* and *Joshua Kammerman*, in opposition.

Decided April 8, 1996